# Third District Court of Appeal

## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0198
Lower Tribunal No. 20-1078
_____

**Clark Secchiari, etc.,**
Appellant,

vs.

**Harvey Ruvin, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Zebersky Payne Shaw Lewenz LLP, and Zachary D. Ludens and Edward H. Zebersky (Fort Lauderdale); Law Offices of Randy Maultasch, and Randy S. Maultasch, for appellant.

Holland & Knight LLP, and Christopher Bellows and Cory W. Eichhorn and Philip E. Rothschild (Fort Lauderdale), for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>Zoba v. City of Coral Springs</u>, 189 So. 3d 888, 891-92 (Fla. 4th DCA 2016) (performing a functional analysis of the clerk's acts under a separate statutory scheme and determining that "[t]he clerk's act of collection, apportionment, and disbursement is part of that judicial process—it is a judicial act entitling the clerk to [quasi-judicial] immunity").